IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

    Plaintiff,

MARK FOWLER,

                                              **CASE NO. 3:21-CV-00656-BJD-JRK**

    Intervenor,

v.

UNITED PARCEL SERVICE, INC.,

    Defendant.
_____/

**JOINT MOTION FOR APPROVAL AND ENTRY OF CONSENT DECREE**

Pursuant to Fed. R. Civ. P. 7(b)(1) and 65(d), Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") and Defendant United Parcel Service, Inc. ("UPS"), by counsel, respectfully and jointly request that this Court approve and enter the attached Consent Decree.

    1.    EEOC is the federal agency responsible for enforcing federal laws prohibiting employment discrimination.

    2.    EEOC filed this action on June 30, 2021, alleging violations of the Americans with Disabilities Act, as amended ("ADA"), and Title I of the Civil

Rights Act of 1991 ("Title I"). (Dkt 1)

3. Plaintiff-Intervenor Mark Fowler ("Mr. Fowler") intervened in this action and filed a Complaint against UPS on July 22, 2021. (Dkt. 9)

4. Defendant UPS filed its Answer and Affirmative Defenses (Dkt. No. 84), on September 28, 2021. (Dkts. 14, 15). UPS denied the allegations asserted in the Complaints.

5. As a result of having engaged in comprehensive settlement negotiations, the parties have agreed to resolve this action in the terms reflected in the attached Consent Decree. *See* Exhibit One, attached hereto.

6. The parties request that the Court approve and execute the attached Consent Decree. The Consent Decree conforms to Fed. R. Civ. P. 65(d) because it states the reasons for its issuance; sets forth the specific terms with which the parties must comply; and describes in detail the acts restrained and required.

7. Although Mr. Fowler is not a party to the Consent Decree, Mr. Fowler anticipates filing a Joint Stipulation of Dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii).

8. Together, the Court's entry of the Consent Decree and the parties' anticipated filing of the Joint Stipulation of Dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii) will resolve all claims asserted by EEOC and Mr. Fowler in this case.

9. Pursuant to Local Rule 3.01(g), the parties conferred in good faith prior to the filing of this Motion. All parties have joined the motion and agree to the relief requested herein.

**WHEREFORE**, for the foregoing reasons, the Parties respectfully request that this Court grant this Joint Motion for Approval and Entry of Consent Decree; enter the attached Consent Decree; and enter any and all further relief this Court deems equitable and just.

Dated this 14th day of June 2023.

Respectfully submitted,

*/s/ Kristen M. Foslid*
**Kristen M. Foslid**
Florida Bar No.: 688681
Email: Kristen.foslid@eeoc.gov
U.S. Equal Employment Opportunity Commission 100 SE 2nd Street
Miami, FL 33131
Telephone: (786) 648-5811
Facsimile: (305) 808-1835 (fax)
***Attorneys for Plaintiff***

*/s/ Philip Daniel Williams*
**Philip Daniel Williams**
Florida Bar No: 0036625
Email: court@magidwilliams.com
Magid & Williams, PA
Suite 115
3100 University Blvd S
Jacksonville, FL 32216

*/s/ Nancy Johnson*
**Nancy J. Johnson**
Florida Bar No.: 597562
Email: najohnson@littler.com
LITTLER MENDELSON, P.C.
111 North Orange Avenue
Suite 1750
Orlando, FL 32801-2366
Telephone: (407) 393-2900
Facsimile: (407) 393-2929
***Attorneys for Defendant***

Telephone: (904) 725-6161 904/
Facsimile (725) 3410 (fax)
***Attorney for Mark Fowler***